[No. 12435-5-III.    Division Three.    February 24, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. GABRIEL ALVARADO, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 91-1-00131-9, Evan E. Sperline, J., entered May 6, 1992. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 12710-9-III.    Division Three.    February 24, 1994.]

STEPHEN C. BYRD, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 92-2-50043-7, Fred R. Staples, J., entered August 17, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 15169-3-II.    Division Two.    February 25, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENDA J. WHEELER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-1-00121-4, Carol A. Fuller, J., entered July 12, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, A.C.J., and Alexander, J.